IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENNIS WATERS,

        Plaintiff,

v.

        Case No.: 16-cv-92-jdp

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

        Defendant.

ORDER ON JOINT MOTION TO REMAND TO THE COMMISSIONER

The parties have filed a stipulation for remand under sentence four of Section 405(g) of the Social Security Act. The motion will be granted. On remand, an Administrative Law Judge will further consider Plaintiff's residual functional capacity, further consider Plaintiff's subjective complaints, and, if warranted, obtain supplemental vocational expert testimony.

SO ORDERED this 13th day of September, 2016.

HON. JAMES D. PETERSON
United States District Judge