IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DENNIS WATERS,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-92-jdp

---

    This action came for consideration before the court with Magistrate Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Dennis Waters remanding this case for further proceedings under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

| s/ V. Olmo, Deputy Clerk | 9/14/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |