IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DENNIS WATERS,

        Plaintiff,                    JUDGMENT IN A CIVIL CASE

v.

                                          Case No. 16-cv-92-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Dennis Waters attorney fees and costs in the amount of $6,910.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

        s/ V. Olmo, Deputy Clerk                              10/27/2016
      Peter Oppeneer, Clerk of Court                            Date