IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENNIS G. WATERS,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-92-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Dennis G. Waters representative attorney fees pursuant to 42 U.S.C. § 406(b) in the amount of $13,585, provided plaintiff's attorney returns his EAJA fees to plaintiff.

| s/ V. Olmo, Deputy Clerk | 4/17/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |